**Dismissed and Opinion Filed July 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00030-CV

## EMMA DUNN AND BEUNCA DUNN, INDIVIDUALLY AND AS NEXT OF FRIEND OF T.D., D.K. AND C.D., MINOR CHILDREN, AND ERNEST RIGGENS, INDIVIDUALLY AND AS NEXT OF FRIEND OF J.R., A MINOR CHILD, Appellants
## V.
## MIKE TRUCKING INC., DBA, NORTH TEXAS TRUCKING, INC., Appellee

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-14-00603-A**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The clerk's record in this case is overdue. By letter dated January 14, 2015, we informed appellants' attorney that the Dallas County Clerk had notified the Court that the clerk's record had not been filed because appellants had not paid for or made arrangements to pay for the clerk's record. We directed appellants to file written verification that they had paid for or made arrangements to pay for the clerk's record or that they had been found entitled to proceed without payment of costs. We cautioned appellants that if they did not file the required documentation within ten days, we might dismiss the appeal without further notice. By postcard dated February 9, 2015, we notified appellants' attorney the Court had received but did not file appellants' brief because the brief was tendered to the Court before the clerk's record was filed. We directed

appellants' attorney to make arrangements to have the clerk's record filed with the Court.  To date, the clerk's record has not been filed, and appellants have not corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b),(c).

150030F.P05

/CarolynWright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EMMA DUNN AND BEUNCA DUNN,
INDIVIDUALLY AND AS NEXT OF
FRIEND OF T.D., D.K. AND C.D., MINOR
CHILDREN, AND ERNEST RIGGENS,
INDIVIDUALLY AND AS NEXT OF
FRIEND OF J.R., A MINOR CHILD,
Appellants

No. 05-15-00030-CV          V.

MIKE TRUCKING INC., DBA, NORTH
TEXAS TRUCKING, INC., Appellee

On Appeal from the County Court at Law
No. 1, Dallas County, Texas
Trial Court Cause No. CC-14-00603-A.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MIKE TRUCKING INC., DBA, NORTH TEXAS TRUCKING, INC. recover its costs of this appeal from appellant EMMA DUNN AND BEUNCA DUNN, INDIVIDUALLY AND AS NEXT OF FRIEND OF T.D., D.K. AND C.D., MINOR CHILDREN, AND ERNEST RIGGENS, INDIVIDUALLY AND AS NEXT OF FRIEND OF J.R., A MINOR CHILD.

Judgment entered July 22, 2015.